DeMarco•Mitchell, PLLC
Robert T. DeMarco
Michael S. Mitchell
1255 West 15th St., 805
Plano, TX 75075
**T** 972-578-1400
**F** 972-346-6791

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| IN RE: | **Case No.:**    **23-40497-BTR-11** |
| **JBM SPECIALTIES, LLC,** | **Chapter:**    **11** |
| 46–3727946 | |
| 319 Triangle Road | |
| Valley View, TX 76272 | |
|        **Debtor.** | |

## NOTICE OF EXCLUDED ASSETS

A complete list of the *Excluded Assets* (as defined in the Asset Purchase Agreement, dated October 6, 2023) is attached hereto.

Respectfully submitted,

Dated: **October 16, 2023**

*/s/ Robert T. DeMarco*

**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**   robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**   mike@demarcomitchell.com
1255 W. 15th Street, 805
Plano, TX 75075
**T**       972-578-1400
**F**       972-346-6791
**Counsel for Debtor and Debtor in Possession**

# EXCLUDED ASSETS

(b)   <u>Excluded Assets</u>. Notwithstanding anything to the contrary contained herein, the following assets, properties, and rights of Seller (collectively the "<u>Excluded Assets</u>") shall not be included the Assets and shall not be purchased and sold under this Agreement:

(i)     all cash and cash equivalents of Seller as of the Closing Date;

(ii)    all Permits of Seller that, under applicable law, cannot be assigned or transferred to Buyer;

(iii)   all bottled finished product that, under applicable law, cannot be transferred to Buyer, as set forth under subsection (iii) of <u>Schedule 1.1(b)</u>;

(iv)   Seller's rights under the lease establishing the Valley View Leasehold;

(v)    the still located at the premises subject to the Valley View Leasehold (#121401);

(vi)   distilled spirits located at the Owned Real Property or at the premises subject to the Valley View Leasehold that are identified as Les Beasley's property, as set forth on subsection (vi) of <u>Schedule 1.1(b)</u>;

(vii)  the trademarks "Frosted Star Vodka" and "Bartenders Well Vodka" and any Certification/Exemption of Label/Bottle Approval obtained from TTB with respect to such names, as set forth on subsection (vii) of <u>Schedule 1.1(b)</u>;

(viii) all Contracts under which Seller has executory obligations that are not specifically assumed by Buyer in writing;

(ix)   all originals of Seller's formation and governance documents, manger or member consents, minutes of meeting of managers and members, tax and financial records and such other books and records as pertain to the organization, existence, governance or capitalization of Seller, and any files, books and records relating to relating to any Excluded Asset (provided that copies of the foregoing shall be delivered by Seller to Buyer at the Closing); and

(x)    any asset, property, right, or claim that Buyer may designate as an Excluded Asset in a written notice delivered to Seller prior to or at the Closing, to the extent agreed upon by Seller.

————

## SCHEDULE 1.1(b)

### (Excluded Assets)

(iii)

| JBM Specialties Filled Bottle Inventory | | | | | |
| --- | --- | --- | --- | --- | --- |
| Valley View Distillery | | | Muenster Distillery | | |
| Product | Count | TTB Proof Gal | Product | Count | TTB Proof Gal |
| 151 MOONSHINE | 1 | 0.3 | 151 MOONSHINE | | *0.00* |
| Pickle Moonshine | 267 | 21.16 | Pickle Moonshine | | *0.00* |
| Lemonade Moonshine | 0 | | Lemonade Moonshine | 714 | *56.59* |
| FROSTED STAR VODKA | 14 | 2.22 | FROSTED STAR VODKA | 8022 | *1271.51* |
| GOLDEN RUM | 101 | 16.01 | GOLDEN RUM | | |
| HOT SHOTS | 3 | 0.48 | HOT SHOTS | | |
| SILVER RUM | 8 | 1.27 | SILVER RUM | | |
| TEXAS GOLD BOURBON-110 | 70 | 15.26 | TEXAS GOLD BOURBON-110 | 366 | *79.77* |
| TEXAS GOLD BOURBON-80 | 5 | 0.79 | TEXAS GOLD BOURBON-80 | | |
| BARTENDER'S WELL | 171 | 27.1 | BARTENDER'S WELL | 2166 | *343.32* |
| BW Lemon | 10 | 0.79 | BW Lemon | 192 | *15.22* |
| Mini - Blue Label | 125 | 1.49 | Mini - Blue Label | 552 | *6.56* |
| Mini - Black Label | 231 | 2.44 | Mini - Black Label | 156 | *1.65* |
| Mini-Pickle | 121 | 0.64 | Mini-Pickle | 140 | *0.74* |
| Mini-Lemonade | 20 | 0.11 | Mini-Lemonade | 449 | *2.37* |
| Mini - 151 Moon | 54 | 1.08 | Mini - 151 Moon | 140 | *2.79* |

# SCHEDULE 1.1(b)

(Excluded Assets)

(vi)

| New Mill Lot | Fill Date | Barrel # | Batch # | Lot # | Batch Type | Size | Gallons | Proof | Proof Gallons | Invid |
|---|---|---|---|---|---|---|---|---|---|---|
| 212 | 6/9/2016 | Family W01 | 20200827-ABB-STB-001 | 18C05 | Aged Bourbon Barreled | 53.00 gal | 60 | 115 | 59.8 | 98 |
| 202 | 6/9/2016 | Family W02 | 20200818-ABB-STB-001 | 18C05A | Aged Bourbon Barreled | 53.00 gal | 60 | 115 | 59.8 | 60 |
| 203 | 6/9/2016 | Family W05 | 20200818-ABB-STB-002 | 18C05C | Aged Bourbon Barreled | 53.00 gal | 60 | 115 | 59.8 | 65 |
| 204 | 6/9/2016 | Family W06 | 20200818-ABB-STB-003 | 18C05D | Aged Bourbon Barreled | 53.00 gal | 60 | 115 | 59.8 | 53 |
| 205 | 6/9/2016 | Family W07 | 20200818-ABB-STB-004 | 18C05E | Aged Bourbon Barreled | 53.00 gal | 60 | 115 | 59.8 | 52 |
| 207 | 6/9/2016 | Family Wood 10 | 20200818-ABB-STB-005 | 19B02A | Aged Bourbon Barreled | 53.00 gal | 62 | 122.99 | 62.23 | 101 |
| 206 | 6/9/2016 | Family Wood 11 | 20200818-ABB-STB-006 | 18C05G | Aged Bourbon Barreled | 53.00 gal | 60 | 115 | 59.8 | 51 |

(vii)

1. Trademark "Frosted Star Vodka" registered with the USPTO on May 14, 2019 (Serial Number 88025281).

2. Trademark "Bartenders Well" registered with the USPTO on May 18, 2021 (Serial Number 90172783).

3. TTB COLAs (Certificate of Label Approval) for the following:
   a. Vodka Bartenders Well (Serial Number 20V001), approved August 23, 2020.
   b. Frosted Star Vodka (Serial Number 180111), approved February 20, 2019.

**PALS WH HOLDINGS, LLC**
**109 W 7TH STREET**
**GEORGETOWN, TEXAS  78626**

October 9, 2023

***VIA EMAIL***

JBM Specialties, LLC                      DeMarco Mitchell, PLLC
319 Triangle Road                         1255 W 15th Street #805
Valley View, Texas 76272                  Plano, Texas 75075
Attention: Les Beasley                    Attention: Robert DeMarco
lesbeas2@gmail.com                        robert@demarcomitchell.com

cc:     David Kersten
        Matt Bair
        Scott Rose

Re:     Asset Purchase Agreement, dated as of October 6, 2023, by and between PALS WH
        Holdings, LLC, and JBM Specialties, LLC (the "***APA***").


Ladies and Gentlemen:

        This letter serves as a notice pursuant to Section 1.1(b)(x) of the APA.  All capitalized terms
not defined herein shall have the meanings ascribed to such term in the APA.

        The following items shall be Excluded Assets:  all claims or causes of action arising from
or related to the management or operation of the Business by any Person, including the equity
holders of Seller, prior to the Closing.


                        Sincerely,


                        Kevin Lange
                        President
                        PALS WH Holdings, LLC